Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
PROFESSIONAL OFFSHORE
OPPORTUNITY FUND, LTD., A company  :
registered under the laws of the British Virgin
Islands,
:
           Plaintiff,  :

   -against-
:
FRANKLIN TOWERS ENTERPRISES, INC.,
a Nevada Corporation,  :

           Defendant.  :

:
-------------------------------------------------------------- x

JUDGE CHIN

08 CIV 3767

RULE 7.1 STATMENT

RECEIVED APR 21 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, Professional Offshore Opportunities Fund, Ltd., a British Virgin Island company, states that it has no corporate parent and that no publicly held corporation owns ten percent or more of its stock.

Dated: New York, NY
       April 21, 2008

SULLIVAN & WORCESTER LLP

By: _____
Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
(212) 660-3000
*Attorneys for Plaintiff Professional Offshore Opportunities Fund, Ltd.*