**ORIGINAL**

# AFFIDAVIT OF SERVICE

CASE NO.: **08 CIV 3767**

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT, NV    STATE OF **NEVADA**

*Professional Offshore Opportunity Fund, Inc.*     Plaintiff(s)/Petitioner(s)

vs

*Franklin Towers Enterprises, Inc.*     Defendant(s)/Respondent(s)

County of **CLARK**, State of **NEVADA**

**Jeannie Smith**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. On **May 16, 2008** at **1:50 PM** at **Resident Agent, Eastbiz.com, Inc., 5348 Vegas Dr., Las Vegas, NV 89108** affiant served the within:

Rule 7.1 Statement
Letter
Summons in a Civil Action
Complaint

UPON: **Franklin Towers Enterprises, Inc.**, **Defendant** (herein called recipient) therein named.

- [ ] **INDIVIDUAL** by delivering a true copy of each to said recipient personally.
- [X] **CORPORATION** A **Nevada** corporation, by delivering thereat a true copy of each to **Richard Teausaw** personally, affiant knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **Authorized Employee** thereof.
- [ ] **SUITABLE AGE PERSON** by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.
- [ ] **AFFIXING TO DOOR** by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Affiant was unable, with due diligence to find recipient or a person of suitable age and discretion, having attempted as follows:
  Day____ Date____ Time____ Day____ Date____ Time____
  Day____ Date____ Time____ Day____ Date____ Time____
- [ ] **MAILING COPY** Affiant caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [ ] place of employment at: _____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S. Postal Service within the State of Nevada on _____
  [ ] The above mailing was made by certified mail (Receipt No. _____).
- [X] **DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
  Sex **Male**   Color of skin **White**   Color of hair **Brown**   Approx. Age **51 - 65 Yrs.**
  Approx. Height **Over 6'**   Approx. weight **Over 200 Lbs.**   Other _____
- [ ] **WITNESS FEES** $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
- [ ] **PHOTO** Affiant was able to identify recipient from annexed photo.
- [ ] **MILITARY SERVICE** To the best of my knowledge and belief, said person _____ engaged in the US Military at the time of service.

Subscribed and sworn to before me this ___ day of _____, 20__

_____
Notary Public

_____
Affiant – Jeannie Smith
Legal Process Service, Lic. 604

*Legal Process Service 105 Mary Street, Reno, NV 89509*