Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                         :

PROFESSIONAL OFFSHORE         :
OPPORTUNITY FUND, LTD., a company  :  08-CIV-3767 (DC)
registered under the laws of the British  :
Virgin Islands,                   :  **NOTICE OF MOTION**
                         :
           Plaintiff,         :
                         :  ECF CASE
    -against-             :
                         :
FRANKLIN TOWERS ENTERPRISES,   :
INC., a Nevada corporation,      :
                         :
          Defendant.     :
------------------------------------------------------------- x

      **PLEASE TAKE NOTICE THAT** plaintiff Professional Offshore Opportunity Fund,

Ltd. by its undersigned counsel, Sullivan & Worcester LLP, moves this Court for entry of default

judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against defendant

Franklin Towers Enterprises, Inc.

      **PLEASE TAKE FURTHER NOTICE THAT** plaintiff submits a memorandum of law

and the Declaration of Andrew T. Solomon in support of its motion.

      **PLEASE TAKE FURTHER NOTICE THAT** plaintiff also submits a proposed default

judgment.

**PLEASE TAKE FUTHER NOTICE THAT** plaintiff served this motion by overnight

courier on defendant and its counsel, David Lubin and Associates at 26 East Hawthorne Avenue,

Valley Stream, NY 11580.

Dated: New York, New York                SULLIVAN & WORCESTER LLP
       June 30, 2008

                                     By:  s/ Gretchen Silver_____
                                       Andrew T. Solomon (AS 9200)
                                       Gretchen S. Silver (GS 1534)
                                       1290 Avenue of the Americas, 29th Floor
                                       New York, NY 10104
                                       (212) 660-3000

                                     *Attorneys for Plaintiff Professional Offshore Opportunities Fund, Ltd.*

2