Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
PROFESSIONAL OFFSHORE
OPPORTUNITY FUND, LTD., a company
registered under the laws of the British
Virgin Islands,

                Plaintiff,

  -against-

FRANKLIN TOWERS ENTERPRISES,
INC., a Nevada corporation,

                Defendant.
---------------------------------------------------------------- x

08-CIV-3767 (DC)

**CERTIFICATE OF SERVICE**

ECF CASE

I hereby certify that on June 30, 2008, I served a copy of the foregoing Notice of Motion, Memorandum of Law, and Declaration of Andrew T. Solomon in Support of Motion for Default Judgment with exhibits by overnight courier on:

    Franklin Towers Enterprises, Inc.
    5 Ash Drive
    Center Barnstead, NH 03225

    And

    David Lubin, Esq.
    David Lubin & Associates
    26 East Hawthorne Avenue
    Valley Stream, NY 11580

                                        s/ Gretchen Silver_____
                                        Gretchen S. Silver

{N0119903; 1}