Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000

Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

PROFESSIONAL OFFSHORE
OPPORTUNITY FUND, LTD., a company
registered under the laws of the British
Virgin Islands,

          Plaintiff,

   -against-

FRANKLIN TOWERS ENTERPRISES,
INC., a Nevada corporation,

          Defendant.
-------------------------------------------------------------- x

08-CIV-3767 (DC)

**DEFAULT JUDGMENT**

ECF CASE

    **THIS CAUSE**, having been brought before the Court by way of the motion of plaintiff, Professional Offshore Opportunity Fund, Ltd. ("PROOF") through its counsel Sullivan & Worcester LLP, seeking entry of default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against defendant Franklin Towers Enterprises, Inc. ("Franklin"); the Summons and Complaint having been personally served on an individual authorized to accept service on behalf of Franklin on May 16, 2008; proof of service on Franklin having been filed on June 6, 2008; PROOF having moved for a default judgment, which motion was served on Franklin, and Franklin having failed to respond to the motion; the Court having considered PROOF's submissions; and for good cause having been shown, it is hereby

{N0118853; 4}

**ORDERED** that PROOF's motion for default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure is hereby granted; and it is further

**ORDERED** that default judgment is entered against defendant Franklin Towers Enterprises, Inc. in the amount of $675,382.83 as of July 1, 2008 with an additional $541.66 per day thereafter until the judgment is entered. The calculation of the judgment is as follows:

(A) 115% of principal: $575,000;

(B) pre-default interest: $25,000

(C) post-default interest: $23,125.00 as of July 1, 2008 and $208.33 additional each day thereafter;

(D) liquidated damages for late filing of the registration: $4,666.67;

(E) liquidated damages for late effectiveness of the registration $37,000 as of July 1, 2008 and $333.33 additional each day thereafter;

(F) reasonably attorneys' fee and costs of collection of $10,591.16; and it is further

**ORDERED** this judgment will bear interest at the judgment rate for the date of entry until paid; and it is further

**ORDERED** that PROOF shall serve a copy of this judgment on Franklin with a copy to its counsel David Lubin & Associates, at 26 East Hawthorne Avenue, Valley Stream, NY 11580 no later than seven days following receipt of the judgment by PROOF's counsel.

Dated: New York, New York
July 28, 2008

THE HONORABLE DENNY CHIN
United States District Judge

{N0118853; 4}

2