Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

PROFESSIONAL OFFSHORE
OPPORTUNITY FUND, LTD., a company
registered under the laws of the British
Virgin Islands,

    Plaintiff,

-against-

FRANKLIN TOWERS ENTERPRISES,
INC., a Nevada corporation,

    Defendant.
---------------------------------------------------------------- x

08-CIV-3767 (DC)

**CERTIFICATE OF SERVICE**

ECF CASE

I hereby certify that on August 11, 2008, I served a copy of the foregoing Default Judgment by overnight courier on:

 Franklin Towers Enterprises, Inc.
 c/o Eastbiz.com
 5348 Vegas Dr.
 Las Vegas, NV 89108

 And

 David Lubin, Esq.
 David Lubin & Associates
 26 East Hawthorne Avenue
 Valley Stream, NY 11580

_____
Gretchen S. Silver

{N0119903; 1}